UNITED STATES, Appellee

v

GORDON A. TURPIN, Private, U. S. Army, Appellant

15 USCMA 418, 35 CMR 390

No. 18,376

May 28, 1965

*Colonel Joseph L. Chalk, Lieutenant Colonel Jacob Hagopian,* and *Captain Clifford B. Hearn, Jr.,* were on the brief for Appellant, Accused.

*Colonel Edwin G. Schuck, Lieutenant Colonel Francis M. Cooper,* and *First Lieutenant William W. Nelson* were on the brief for Appellee, United States.

### Opinion of the Court

PER CURIAM:

By an order dated February 24, 1965, this Court denied accused's petition for grant of review of the decision of the board of review as to his conviction by general court-martial. Thereafter, he submitted a petition for reconsideration in light of United States v Gallagher, 15 USCMA 391, 35 CMR 363, then pending decision. Our opinion in the cited case is dispositive here.

The petition for reconsideration is, therefore, denied.